■ VSL CORPORATION, Respondent, v DUNES HOTELS AND CASINOS, INC., Appellant.—Upon the stipulation of the parties hereto dated April 15, 1988, the portion of the appeal with respect to issues raised but not passed upon in the order of this court entered on May 7, 1987 (128 AD2d 23), is unanimously withdrawn, with prejudice, without costs to either

party as against the other. No opinion. Concur—Kupferman, J. P., Kassal, Rosenberger, Ellerin and Smith, JJ.